1  CHRISTOPHER E. PANETTA, Esq. (SBN 175127)
   ELIZABETH R. LEITZINGER, Esq. (SBN 259677)
2  FENTON & KELLER
   A Professional Corporation
3  2801 Monterey-Salinas Highway
   Post Office Box 791
4  Monterey, California  93942-0791
   Telephone:    (831) 373-1241
5  Facsimile:    (831) 373-7219
   Email: CPanetta@FentonKeller.com
6  Email: ELeitzinger@FentonKeller.com

7  *Additional counsel continued on next page*

8  Attorneys for Defendant COMMUNITY HOSPITAL OF
   THE MONTEREY PENINSULA
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

| | |
|---|---|
| RAYNALD ADAMS, SARAH ANDREWS, ANDREW BASHAW, LAUREN BRUCE, ANDREA CHAN, JAMES CHARLES III, HEATHER COX, ROSELLE EMPLEO-MENDOZA, JENNIFER FOLCK, CHRISTINA FOSTER, THEODORE GIBSON, TISHA GOZZELINO, KORYN GUTHRIE, LAURA HODGE, CHRISTINE KINKADE, AMY LANDRY, ANGELA MARTINEZ, STEPHANIE MCMERCURY, MICHAEL MILLER, SHILPA 0ZA, MICHAEL PAJULEO, ESTRAYA PELAYO, RIGOBERTO ROCHA, CHRISTINE ROCHON, FRANZ ROYO, ELISABETH SIMS, LOURDES SINCLAIR, MARIAH SMITH, SYDNEY SMITH, AMANDA STRAUTHERS, ALVARO VASQUEZ, MATTHEW WALBECK, LAVERNE WOODROW, SARAH WURTZ-HUSEBY, YASUKO YAMAMOTO,<br><br>                    Plaintiffs,<br>     v.<br><br>COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: 5:22-cv-00420-VKD<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO PRODUCE DOCUMENTS AND INFORMATION PURSUANT TO GENERAL ORDER NO. 71; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:    November 29, 2021<br>Date of Removal:   January 21, 2022<br>Trial Date:               None Set |

{MAL-01219336;1}

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

JOINT STIPULATION TO EXTEND DEADLINE TO PRODUCE DOCUMENTS AND INFORMATION
PURSUANT TO GENERAL ORDER NO. 71; [~~PROPOSED~~] ORDER / CASE NO. 5:22-CV-00420-VKD

1  JEFFREY A. BERMAN, Esq. (SBN 50114)
   KIRAN A. SELDON, Esq. (SBN 212803)
2  SEYFARTH SHAW LLP
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067-3021
   Telephone:    310-201-1541
4  Facsimile:    310-282-6986
   Email: JBerman@seyfarth.com
5  Email: KSeldon@seyfarth.com

6  Attorneys for Defendant COMMUNITY HOSPITAL OF
7  THE MONTEREY PENINSULA

8  DANIEL R. WATKINS, Esq. (SBN 163571)
   WATKINS & LETOFSKY, LLP
9  2900 S. Harbor Blvd., Suite 240
   Santa Ana, California 92704
10 Telephone:    949-476-9400
   Facsimile:    949-476-9407
11 Email: DW@wl-llp.com

12

13 Attorneys for Plaintiffs RAYNALD ADAMS, et al.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{MAL-01219336;1}
- 2 -
JOINT STIPULATION TO EXTEND DEADLINE TO PRODUCE DOCUMENTS AND INFORMATION
PURSUANT TO GENERAL ORDER NO. 71; [PROPOSED] ORDER / CASE NO. 5:22-CV-00420-VKD

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs RAYNALD ADAMS, et al. and Defendant COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, by and through their attorneys of record, that the current deadline of February 19, 2022 for the parties to produce documents and information pursuant to General Order No. 71 be extended by sixty (60) days to April 20, 2022.

This stipulation is made on the grounds that there is good cause for this case to be exempted from General Order No. 71's 30-day deadline for initial disclosures because there are thirty-five plaintiffs in this action, and, given the number of plaintiffs and the number of documents that relate to these plaintiffs, additional time is needed to produce documents and information in compliance with General Order No. 71.  Additionally, the proposed amended schedule will not prejudice any party to this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: February 15, 2022                                        FENTON & KELLER

By: */s/ Christopher E. Panetta*
Christopher E. Panetta
Elizabeth R. Leitzinger
Attorneys for Defendant
COMMUNITY HOSPITAL OF THE
MONTEREY PENINSULA

Dated: February 15, 2022                                        WATKINS & LETOFSKY, LLP

By:  */s/ Daniel Watkins*
Daniel R. Watkins
Attorneys for Plaintiffs
RAYNALD ADAMS, et al.

//

//

//

## ORDER

THERE BEING GOOD CAUSE, IT IS HEREBY ORDERED that Plaintiffs' and Defendant's deadline to produce documents and information under General Order No. 71 is hereby extended to April 20, 2022.

IT IS SO ORDERED.

DATED: February 16, 2022

_____
United States District Court Judge

- 4 -

{MAL-01219336;1}

JOINT STIPULATION TO EXTEND DEADLINE TO PRODUCE DOCUMENTS AND INFORMATION PURSUANT TO GENERAL ORDER NO. 71; [PROPOSED] ORDER / CASE NO. 5:22-CV-00420-VKD

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY